## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO.: 21-126** |
| **JOANNA MARITIME LIMITED** | **SECTION: "S"** |

### WAIVER OF PRESENCE AT SENTENCING HEARING

1. I understand that a defendant has the right to be present at arraignment, change of plea, and sentencing pursuant to Federal Rule of Criminal Procedure 43.

2. I understand that an organizational defendant need not be present for sentencing when the organization is represented by counsel who is present pursuant to Federal Rule of Criminal Procedure 43(b)(1).

3. I understand that, in some circumstances, a defendant may be present at sentencing via videoconference. Fed. R. Crim. P. (c)(1)(B).

4. My attorney has explained to me my right to be present at my hearing and I hereby knowingly and voluntarily waive my right to the personal presence of my counsel for this hearing and consent to these proceedings via videoconference.

5. I understand that if the Court accepts my waiver, I will participate in my hearing through my counsel by videoconference.

6. I have read the above statement, and I understand it fully. Due to the outbreak of COVID-19, I request that my change of plea hearing be held via videoconference.

_____
Signature of Defendant   Joanna Maritime Limited
Marios Lazarou, Sole Director

Date 16 JANUARY 2023